IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-168-F

| | |
|---|---|
| HATTERAS HAMMOCKS, INC., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> WORRY FREE TRADING INC., ) <br> doing business as STYLED SHOPPING ) <br> INC., ) <br> ) <br> ) <br> Defendant. ) | **ORDER AND JUDGMENT** |

This matter is before the court on the Plaintiff's Motion for Entry of Consent Injunction [DE-13]. For good cause shown, the Motion [DE-13] is ALLOWED, and terms of the Consent Injunction [DE-13-1] are approved, and ADOPTED and INCORPORATED herein. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 9th day of September, 2013.

*James C. Fox*
James C. Fox
Senior United States District Judge